CLARA L. LAMPMAN, as Administratrix of the Estate of NORMAN LAMPMAN, Deceased, Respondent, *v.* SYRACUSE AND SUBURBAN RAILROAD COMPANY, Appellant.

*Lampman* v. *Syracuse & Suburban R. R. Co.*, 132 App. Div. 941, affirmed.

(Argued January 20, 1910; decided February 8, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 26, 1909, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for the death of plaintiff's intestate alleged to have been occasioned by the negligence of defendant, his employer.

*Jerome L. Cheney* for appellant.

*Thomas Hogan* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ.  Not voting: GRAY, J.